IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS ANTHONY BIESADECKI,<br><br>Defendant. | CR 25–33–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's unopposed motion for final order of forfeiture. (Doc. 39.) Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a)(1)–(2).

2. A preliminary order of forfeiture was entered on October 3, 2025, that forfeited the Defendant's interest. (Doc. 37.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 38.)

4. It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. § 853(a)(1)-(2), 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 39) is GRANTED.

2. The following property is finally forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1)–(2) and 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger .380 LCP Pistol S/N: 380104348 with Empty Magazine
- Mossberg 12 Gauge Shotgun with Pistol Grip, S/N: G946489
- Any associated ammunition and accessories
- Black iPhone
- $3,276.00 U.S. Currency

3. The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court